IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DAVID RICHARD STACK, | : | |
| Petitioner, | : | |
| v. | : | Civil Action No. 1:19-cv-00540 |
| MORGAN STANLEY SMITH BARNEY, LLC, | : | |
| | : | |
| Respondent. | | |

## **ORDER**

Pending before the Court is Petitioner David Richard Stack's unopposed[1] Application to Confirm Arbitration Award and for Final Judgment (ECF No. 1.) Upon consideration of the Application and supporting documentation, the Court will grant the Application.

Accordingly, it is this 1st day of March, 2019, by the United States District Court for the District of Maryland, hereby:

ORDERED that Application to Confirm Arbitration Award and for Final Judgment (ECF No. 1) is GRANTED;

IT IS FURTHER ORDERED that Respondent Morgan Stanley Smith Barney, LLC ("Morgan Stanley") EXPUNGE any public and nonpublic records of Financial Industry Regulatory Authority ("FINRA") and the Central Registration Depository related to FINRA Case No. 18-00616/Occurrence No. 1183739; and

---

[1] On February 26, 2019, the parties filed a Stipulation in Lieu of Answer (the "Stipulation") (ECF No. 6.) In the Stipulation, the parties indicate that Respondent Morgan Stanley Smith Barney, LLC "does not take any position" regarding the Application and that Morgan Stanley "does not intend to file an Answer" to the Application. (Stipulation at 1, ECF No. 6.) Accordingly, the Court considers the Application unopposed.

IT IS FURTHER ORDERED that the Clerk MAIL a copy of this Order to counsel for Morgan Stanley, Andrew Gelfand, 1633 Broadway, 30th Floor, New York, NY 10019; and

IT IS FURTHER ORDERED that the Clerk CLOSE this case.

                                                               /s/
                                            Richard D. Bennett
                                            United States Magistrate Judge